## WILLIAM McDOWELL SCOTT
v.
## JAMES McPHERSON

1810

### PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . . . .
2. Affidavit . . . . . . . . . . . . .
3. Capias; order for bail . . . . . . . . . . . .

## GABRIEL GODFROY
v.
## JOACHIN PERA

1811

### PAPERS IN S. C. FILE

1. Copy of district court record . . . . . . . . . .
2. Summons and return . . . . . . . . . . .
3. Memorandum (in French) of balance of accounts . . . . . .

### PAPERS IN D. C. FILE
[None]